Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−13768−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ludin Pierre
1 Angel Place
Somerset, NJ 08873

Marie T Pierre
1 Angel Place
Somerset, NJ 08873

Social Security No.:
xxx−xx−0634

xxx−xx−7973

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on April 10, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 10, 2017
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-13768-MBK
Ludin Pierre                                                    Chapter 13
Marie T Pierre
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Apr 10, 2017
                              Form ID: 148             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2017.
```
db/jdb         +Ludin Pierre,   Marie T Pierre,    1 Angel Place,    Somerset, NJ 08873-4122
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +PNC BANK, NATIONAL ASSOCIATION,    3232 NEWMARK DRIVE,    ATTN: BANKRUPTCY,
                 MIAMISBURG, OH 45342-5421
516670186       Bank of America - MTG 2,    400 Countrywide Way,    Simi Valley, CA 93065
516670187      +Bayview Loan Servicing LLC,    P.O. Box 650091,    Dallas, TX 75265-0091
516670188      +BoA - MTG,   4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
516670189      +Cenlar FSB,   425 Phillips Blvd.,    Trenton, NJ 08618-1430
516670190      +Chase Mortgage,   P.O. Box 78420,    Phoenix, AZ 85062-8420
516670191       Citi Mortgage,   P.O. Box 39494,    Hyattsville, MD 20785
516670192      +DEUTSCHE BANK NATIONAL TRUST,    8657 Baypine Rd.,    Jacksonville, FL 32256-8634
516670193      +Ditech Financial LLC,    1100 Virginia Drive, Suite 100A,    Fort Washington, PA 19034-3204
516670194      +EAR Properties International LLC,    P.O. Box 7674,    New York, NY 10116-7674
516670195      +Federal National Mortgage Asso,    3900 Wisconsin Ave., NW,    Washington, DC 20016-2806
516670196      +Fein Such Kahn & Shepard,    7 Century Dr #201,    Parsippany, NJ 07054-4673
516670198      +McCabe, Weisberg & Conway, PC,    216 Haddon Ave.,    Collingswood, NJ 08108-1120
516670199      +Nationstar,   P.O. Box 619063,    Dallas, TX 75261-9063
516670200      +Ocwen Loan Servicing LLC,    P.O. Box 660264,    Dallas, TX 75266-0264
516670201      +PHELAN HALLINAN DIAMOND & JONES, PC,    400 Fellowship Rd., Ste. 400,
                 Mount Laurel, NJ 08054-3437
516670202      +PNC Mortgage,   P.O. Box 8807,    Dayton, OH 45401-8807
516670203      +Robertson, Anschutz & Schneid, PL,    6409 Congress Ave., Ste. 100,    Boca Raton, FL 33487-2853
516670204      +Seterus,   P.O. Box 1077,    Hartford, CT 06143-1077
516670205      +Shapiro & Denardo, LLC,    14000 Commerce Parkway, Suite B,    Mount Laurel, NJ 08054-2242
516670206      +Stern, Lavinthal & Frankenberg LLC,    105 Eisenhower Parkway, Suite 302,
                 Roseland, NJ 07068-1640
516670208      +Wintrust Mortgage,    9700 W. Higgins Road,    Des Plaines, IL 60018-4796
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2017 22:32:42     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2017 22:32:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
516670197      +E-mail/Text: bky@martonelaw.com Apr 10 2017 22:31:38      Frank J. Martone, PC,   1455 Broad St.,
                 Bloomfield, NJ 07003-3068
516683125      +EDI: RMSC.COM Apr 10 2017 22:08:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
516670207      +EDI: WFFC.COM Apr 10 2017 22:08:00     Wells Fargo Home Mortgage,    P.O. Box 10368,
                 Des Moines, IA 50306-0368
                                                                                              TOTAL: 5
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Apr 10, 2017
                              Form ID: 148             Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2017 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor    TRIFERA, LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Edward K. Osei    on behalf of Joint Debtor Marie T Pierre edward@oseilawfirm.com
          Edward K. Osei    on behalf of Debtor Ludin  Pierre edward@oseilawfirm.com
          Frank J. Martone    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bky@martonelaw.com
          James Patrick Shay    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           james.shay@phelanhallinan.com
          Jill   Manzo    on behalf of Creditor    WINTRUST MORTGAGE, A DIVISION OF BARRINGTON BANK & TRUST
           CO., N.A., SUCCESSOR THROUGH MERGER WITH WINTRUST MORTGAGE CORP. F/K/A SGB CORP. D/B/A WEST
           AMERICA MORTGAGE CO. bankruptcy@feinsuch.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                           TOTAL: 8