**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on April 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Ludin Pierre and Marie T Pierre

| | |
|---|---|
| Case No.: | 17-13768 |
| Hearing Date: | |
| Judge: | KAPLAN |
| Chapter: | 13 |

Recommended Local Form:   ☐ Followed   ☐ Modified

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 10, 2017**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Upon the motion of __the court for failure to file missing schedules__ and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-13768-MBK
Ludin Pierre                                                            Chapter 13
Marie T Pierre
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 10, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2017.
db/jdb         +Ludin Pierre,    Marie T Pierre,    1 Angel Place,    Somerset, NJ 08873-4122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2017                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    TRIFERA, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Edward K. Osei    on behalf of Joint Debtor Marie T Pierre edward@oseilawfirm.com
              Edward K. Osei    on behalf of Debtor Ludin  Pierre edward@oseilawfirm.com
              Frank J. Martone    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bky@martonelaw.com
              James Patrick Shay    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               james.shay@phelanhallinan.com
              Jill  Manzo    on behalf of Creditor    WINTRUST MORTGAGE, A DIVISION OF BARRINGTON BANK & TRUST
               CO., N.A., SUCCESSOR THROUGH MERGER WITH WINTRUST MORTGAGE CORP. F/K/A SGB CORP. D/B/A WEST
               AMERICA MORTGAGE CO. bankruptcy@feinsuch.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8